

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00771-CR

Christopher **SMITH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 158th Judicial District Court, Denton County, Texas
Trial Court No. F-2011-1675-A
Honorable Sherry L. Shipman, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED December 23, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice